## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

NORTHERN NATURAL GAS COMPANY,

                                            Case No:    11CV532

        Plaintiff,

    v.

DIGGER'S HOTLINE, INC. and INDIANA
INSURANCE COMPANY, HESS
EXCAVATING, INC., AND ACUITY, a
mutual insurance company

        Defendants.

## ORDER FOR DISMISSAL

Upon reading and filing the above Stipulation, and upon all proceedings herein:

**IT IS ORDERED** that this action is dismissed in its entirety on the merits and with

prejudice, and without costs to any party.

Dated this 29th day of February, 2012.

BY THE COURT:

*Barbara B. Crabb*

Honorable Barbara B. Crabb
District Court Judge